UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80103-CANNON

UNITED STATES OF AMERICA

v.

DUSTIN SEAN McCABE,

    Defendant.
_____/

**GOVERNMENT'S FRE 902(11) NOTICE OF INTENT
TO OFFER CERTIFIED BUSINESS RECORDS**

    The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice of Intent to Offer Certified Business Records, pursuant to Federal Rule of Evidence 902(11). The United States has provided defense counsel certificates of regularly conducted activities by email for (1) Safe Harbor North Palm Beach (Safe Harbor Marinas LLC & SMH North Palm Beach, LLC), (2) Cross River Bank, (3) Celtic Bank Corp., (4) The Maritime Consortium, (5) Knoxville TVA Employees Credit Union, (6) the Palm Beach County Medical Examiner's Office, (7) BSREP III PBG Golf LLC (as to PGA National Resort), and (8) the United States Coast Guard. The United States served all of these certificates upon the defense by email on January 4, 2025, except one certificate as to the United States Coast Guard, which the United States served by email on January 28, 2025.

                            Respectfully submitted,

                            HAYDEN P. O'BYRNE
                            UNITED STATES ATTORNEY

Date: January 28, 2025            By: _/s/ Zachary A. Keller_
                                     ZACHARY A. KELLER
                                     Assistant United States Attorney
                                     U.S. Attorney's Office – SDFL

                                                                    Court No: A5502767
                                                                    99 NE 4th Street, 6th Floor
                                                                    Miami, Florida 33132
                                                                    Tel: (305) 961-9023
                                                                    Email: zachary.keller@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                      */s/ Zachary A. Keller*
                                                      Zachary A. Keller
                                                      Assistant United States Attorney