UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80103-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               **DO NOT DESTROY**

DUSTIN SEAN MCCABE,

    Defendant.
_____/

**JURY NOTE**

WE HAVE A VERDICT.

_____                          3/4/2025 - 14:12
Foreperson's Signature                          Date/Time