UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80103-CR-CANNON

UNITED STATES OF AMERICA

v.

DUSTIN SEAN McCABE,

    Defendant.
_____/

### VERDICT FORM

1.    We, the Jury, as to **Count 1** of the Indictment, unanimously find as to the Defendant **DUSTIN SEAN McCABE**:

    a.  That the Defendant was a captain, engineer, pilot, or other person employed on the vessel and that a loss of life was proximately caused by the Defendant's misconduct, negligence, or inattention to his duties on the vessel.



GUILTY __✓__    NOT GUILTY _____

    b.  That the Defendant was an owner or charterer of the vessel and that a loss of life was proximately caused by the Defendant's fraud, neglect, connivance, misconduct, or violation of law.



GUILTY __✓__    NOT GUILTY _____

2. We, the Jury, unanimously find Defendant **DUSTIN SEAN McCABE**, as to **Count 2** of the Indictment:

   GUILTY ✓        NOT GUILTY ____

3. We, the Jury, unanimously find Defendant **DUSTIN SEAN McCABE**, as to **Count 3** of the Indictment:

   GUILTY ✓        NOT GUILTY ____

4. We, the Jury, unanimously find Defendant **DUSTIN SEAN McCABE**, as to **Count 4** of the Indictment:

   GUILTY ✓        NOT GUILTY ____

5. We, the Jury, unanimously find Defendant **DUSTIN SEAN McCABE**, as to **Count 5** of the Indictment:

   GUILTY ✓        NOT GUILTY ____

SO SAY WE ALL

**FOREPERSON OF THE JURY**

Dated: MARCH 4, 2025.

2